NOTE CASE NUMBER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>S.J. BURKHARDT, INC., a California corporation; S.J. & B GROUP, INC., a California Corporation; VIRGINIA M. BLUMENTHAL, an individual; CHARLES P. BURKHARDT aka CHARLES P. BURKHARDT, JR., an individual; WANDA L. BURKHARDT, an individual; GREGORY L. FLACHMEIER, an individual; STEVEN J. SCHMITZ, an individual; TERI L. SCHMITZ, an individual; SHANNON L. STUART, an individual; DUANE A. WILLIE, an individual; and DOES 1 through 10, <br><br>　　　　Defendants. <br><br>AND ALL RELATED CROSS-ACTIONS | CASE NO. SACV 08-0759-AG(MLGx) <br><br>**ORDER RE DISMISSAL** |

　　Good cause appearing therefore, **IT IS HEREBY ORDERED:**

/ / /

/ / /

/ / /

/ / /

/ / /

1     The action filed by Defendant and Third Party Plaintiff GREGORY L. FLACHMEIER
2 against Third Party Defendant MICHAEL STONG is dismissed with prejudice pursuant to the
3 Federal Rules of Civil Procedure, Rule 41(a)(1). Each party to bear his own costs.

6 DATED: May 17, 2010

_____
The Honorable Andrew J. Guilford
United States District Judge



4849-9405-4149.1

-2-
ORDER RE DISMISSAL