# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S.J. BURKHARDT, INC., a California corporation; S.J. & B GROUP, INC., a California corporation; VIRGINIA M. BLUMENTHAL, an individual; CHARLES P. BURKHARDT, an individual; WANDA L. BURKHARDT, an individual; GREGORY L. FLACHMEIER, an individual; STEVEN J. SCHMITZ, an individual; TERI L. SCHMITZ, an individual; SHANNON L. STUART, an individual; DUANE A. WILLE, an individual, and DOES 1 through 10,<br><br>　　　　　Defendants.<br><br>And Related Cross and Third Party Actions. | **CASE NO.SACV 08-0759 AG (MLGx)**<br><br>**REVISED JUDGMENT**<br><br>**[FRCP 58]**<br><br>JUDGE:　Hon. Andrew J. Guilford<br>DEPT.:　Courtroom 10D |

This Court, having granted Plaintiff Safeco Insurance Company of America's Motion for Partial Summary Judgment on its First Cause of Action for Breach of Contract-Indemnity Agreement, its Second Cause of Action for Specific

Performance of Indemnity Agreement, its Third Cause of Action for Statutory Reimbursement, and its Fourth Cause of Action for Money Paid in a minute order dated May 19, 2010, hereby issues this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

The evidence presented having been fully considered, the issues having been duly heard, the Court, having rendered a decision granting the Motion in favor of Safeco, hereby expressly determines there is no reason for delay and the Court hereby directs entry of this judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Safeco is entitled to Judgment against Defendants S.J. BURKHARDT, INC., and S.J. & B. GROUP, INC., jointly and severally, in the amount of **$4,478,399.33**.

**IT IS SO ORDERED.**

Dated: October 20, 2010_____

Hon. Andrew J. Guilford
United States District Judge